AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

JUL 1 0 2018

Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| Leobardo Salazar Aguirre, YOB: 1974, MEX | ) Case No. M-18-1402-M |
| Miguel Angel DEL VALLE, YOB: 1966, USC | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 6, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a) (1), 846 | Knowingly and Intentionally possess with Intent to Distribute 14.06 kilograms of Cocaine, a Schedule II Controlled Substance. |
| | Knowingly and Intentionally Conspire to possess with Intent to Distribute 14.06 kilograms of Cocaine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*approved by*

Sworn to before me and signed in my presence.

Date: 7/10/18

City and state: McAllen, Texas

_____
Complainant's signature
Shane Salas, TFO
Printed name and title

_____
Judge's signature
J. Scott Hacker, U.S. Magistrate Judge
Printed name and title

## Attachment A

On or about March 6, 2018, Drug Enforcement Administration agents with HIDTA D-84 learned that a person identified as Leobardo Salazar AGUIRRE, was coordinating cocaine shipments through the Hidalgo, Texas International Port of Entry (POE). Later the same day agents learned that a dark blue 2005 Chevy pickup truck being driven by Miguel Angel DEL VALLE, contained approximately 12 kilograms of cocaine. Record checks revealed that DEL VALLE drove a vehicle matching that description from Mexico into the United States earlier that day.

On this same date, HIDTA D-84 agents conducted surveillance to locate and seize the cocaine from the Chevrolet pickup truck. Shortly thereafter, agents located the Chevy pickup truck parked at an apartment complex located in McAllen, Texas. Agents were able to take custody of the vehicle containing the cocaine from AGUIRRE. The vehicle was then taken to a secure location where agents were able to extract 12 bundles consistent with being cocaine and weighing approximately 14.6 kilograms.

On March 6, 2018, AGUIRRE admitted to DEA agents that he had been involved in coordinating the transportation of the cocaine and confirmed that he had received the vehicle with the cocaine from DEL VALLE.